236 So.2d 39

**STATE of Louisiana**

**v.**

**Jessie S. LOMBARDINO.**

No. 50664.

June 11, 1970.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

BARHAM, J., is of the opinion the writ should be granted.